**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL BRISK, | ) Case No.: 1:21-cv-0430 JLT |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) (Doc. 15) |
| Defendant. | ) |

Plaintiff filed a stipulation of the parties for an extension of 65 days to file a motion for summary judgment. (Doc. 15.) Dolly Trompeter, Plaintiff's counsel, reports the extension is necessary "[d]ue to the increase in certified administrative records being filed by defendant" and "a larger than usual number of briefs due for the month of December 2021 and January 2022." (*Id.* at 2.) This is the first request for an extension, and it does not appear either party will suffer prejudice from the delay. Accordingly, the Court **ORDERS**:

    1.    The request for an extension of time (Doc. 15) is **GRANTED**; and

    2.    Plaintiff **SHALL** file a motion for summary judgment no later than **March 7, 2022**.

IT IS SO ORDERED.

Dated: __**December 17, 2021**__           _____ **/s/ Jennifer L. Thurston**
                                                                            CHIEF UNITED STATES MAGISTRATE JUDGE