# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL P. BRISK,<br>   Plaintiff,<br> vs.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>   Defendant. | Case No. 1:21-cv-00430-BAK<br><br>ORDER FOR STIPULATION FOR EXTENSION OF TIME |

Based upon the parties' stipulation for an extension of time, for good cause shown, it is ORDERED that that Plaintiff shall have an extension of time, from March 7, 2022 to April 6, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated: __March 1, 2022__       /s/ *Barbara A. McAuliffe*
                   UNITED STATES MAGISTRATE JUDGE