PHILLIP A. TALBERT
United States Attorney
NICOLE JABAILY
Acting Regional Chief Counsel, Region X
DAVID J. BURDETT, WSBA #29081
        Special Assistant United States Attorney
        701 5ᵗʰ Ave., Suite 2900 M/S 221A
        Seattle, WA 98104
        Telephone: (206) 615-2522
        Facsimile: (206) 615-2531
        Email: David.burdett@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| CARL P. BRISK,<br><br>                Plaintiff,<br><br>        vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:21-cv-00430-BAK (BAM)<br><br>STIPULATION TO REMAND AND ORDER |

        IT IS STIPULATED by and between Carl. P. Brisk (Plaintiff) and Kilolo Kijakazi,

Acting Commissioner of Social Security (Defendant), through their undersigned counsel of

record, that the above-entitled action shall be remanded to the Commissioner of Social Security

for further administrative proceedings.

        Upon remand, the Office of Hearing Operations will remand the case to an

Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to further evaluate

Plaintiff's residing in a structured setting.  The parties further request that the Court direct the

1  Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant,

2  reversing the final decision of the Commissioner.

3  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the

4  Social Security Act, 42 U.S.C. 405(g).

5  Respectfully submitted this 6th day of May, 2022.

6

7  Dated:  May 9, 2022                    /s/ *David J. Burdett for*
                                         JONATHAN O. PEÑA
8                                        Attorney for Plaintiff
9                                        *Authorized via e-mail on May 5, 2022

10 Dated:  May 9, 2022                    PHILLIP A. TALBERT
11                                       United States Attorney
                                         NICOLE JABAILY
12                                       Acting Regional Chief Counsel, Region X
                                         Social Security Administration
13
14                               By:     /s/ *David J. Burdett*
                                         DAVID J. BURDETT
15                                       Special Assistant United States Attorney
16
                                         Attorneys for Defendant
17
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stip. to Remand; 1:21-cv-00430-JLT

1

**<u>ORDER</u>**

2        Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of

3    42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown,

4    **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social

5    Security for further proceedings consistent with the terms of the Stipulation to Remand. The

6    Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against

7    Defendant, reversing the final decision of the Commissioner.

8    IT IS SO ORDERED.

9

10    Dated:  **May 9, 2022**        /s/ *Barbara A. McAuliffe*

                                      UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Remand; 1:21-cv-00430-JLT